**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6943**

---

KEITH MAYDAK,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA, by defendant: KEITH
OLSEN, Warden of the Federal Correctional
Institution at Beckley, West Virginia,

                                        Respondents - Appellees.

---

Appeal from the United States District Court for the Southern Dis-
trict of West Virginia, at Beckley. David A. Faber, District Judge.
(CA-97-458-5)

---

Submitted:  September 25, 1997      Decided:  November 7, 1997

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Keith Maydak, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Maydak v. United States, No. CA-97-458-5 (S.D.W. Va. July 9, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED